■ In the Matter of the Arbitration between EMMELYN LOGAN-BALDWIN, Respondent-Appellant, and MICHAEL SANDS, Appellant-Respondent. [784 NYS2d 408]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered June 4, 2003 in a proceeding under CPLR article 75. The order granted the petition in part, confirmed an arbitration award and awarded costs to petitioner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Green, J.P., Gorski, Martoche, Lawton and Hayes, JJ.

■ TIMOTHY WILLIAMS, Respondent, v THE RAYMOND CORPORATION et al., Appellants. (Appeal No. 1.) [784 NYS2d 413]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered November 24, 2003. The order, insofar as appealed from, denied defendants' motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Green, J.P., Gorski, Martoche, Lawton and Hayes, JJ.